**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**In the matter of:**              :          Case No.  07-59423

**Jennifer Gloeckner**          :          Chapter 7 (Judge Caldwell)

                                            :

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $247.00 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010.  The names(s) and addresses for the parties entitled to those unclaimed dividends are as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Kemba Financial Credit Union<br>PO Box 307370<br>Gahanna, OH  43230 | 5 | $247.00 (partial return) |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends  Over $25.00 |
|---|---|
| $ | $247.00 |

Dated:  12/30/2009                                    /s/ Susan L. Rhiel
                                                              Case Trustee